Hon. Ricardo S. Martinez

1

2

3

4

5

6

7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

8

9    SADAK FIDOW, an individual,

10   Plaintiff,                          NO. **2:23-cv-00168-RSM**

11   v.

12   NORTH STAR FISHING COMPANY, LLC,    ORDER GRANTING STIPULATED
                                         MOTION TO MODIFY CASE
13   a Washington limited liability company,   SCHEDULE AND SET NEW
                                         TRIAL DATE
14   Defendant.

15

16

17

18                                ORDER

19        The Parties' Stipulated Motion to Modify Case Schedule and Set New Trial Date

20   established that good cause exists to modify the present case schedule.  Therefore, IT IS

21   HEREBY ORDERED that the Clerk of the Court shall issue a new case schedule extending

22   deadlines by at least 180 days and setting a new trial date as set forth in the following page.

23

24

25

26

ORDER GRANTING STIPULATED MOTION TO
MODIFY CASE SCHEDULE AND
SET NEW TRIAL DATE - 1
Case No. 2-23-cv-00168-RSM

| Event | Current Case Schedule | Proposed New Dates |
|-------|----------------------|--------------------|
| Trial Date | 3/11/2024 | 9/16/2024 |
| Expert Witness Discl. | 9/13/2023 | 3/11/2024 |
| Discovery Motions Filed | 10/13/2023 | 4/15/2024 |
| Discovery Completed | 11/13/2023 | 5/15/2024 |
| Dispositive Motions Filed | 12/12/2023 | 6/14/2023 |
| Mediation per LCR 39.1(c)(3) | 1/26/2024 | 8/2/2024 |
| Motions in Limine Filed | 2/12/2024 | 8/26/2024 |
| Pretrial Conference to be scheduled by the Court | | |
| Agreed Pretrial Order | 2/28/2024 | 9/9/2024 |

DATED this 6th day of September, 2023.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

Presented by:

DANIEL R. WHITMORE

*/s/ Daniel R. Whitmore*
By: _____
   Daniel R. Whitmore, WSBA No. 24012
   Attorney for Plaintiff
   dan@whitmorelawfirm.com

LEGROS BUCHANAN & PAUL

*/s/ Louis A. Shields*
By: _____
   Louis A. Shields, WSBA No. 25740
   Attorney for Defendant
   lshields@legros.com

Law Offices of
**Daniel R. Whitmore, PS**
6840 Fort Dent Way, Suite 210
Tukwila, WA 98188
(206) 329-8400 / (206) 329-8401 (FAX)