THE HONORABLE KYMBERLY K. EVANSON

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

SADAK FIDOW, an individual,

        Plaintiff,

v.

NORTH STAR FISHING COMPANY, LLC, a Washington limited liability company,

        Defendant.

No. 2:23-cv-00168-KKE

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

## STIPULATION

**COME NOW** Plaintiff Sadak Fidow and Defendant North Star Fishing Company, LLC through their respective counsel, and stipulate to the entry of an Order of Dismissal of Plaintiff's Claims Against Defendant, in their entirety, with prejudice and without an award of fees or costs to any party, for the reason that the parties have reached final settlement in this matter.

//

{29915-01032298;1}
STIPULATION AND ORDER OF DISMISSAL
No. 2:23-cv-00168-KKE - Page 1

LE GROS BUCHANAN
& PAUL
4025 DELRIDGE WAY SW
SUITE 500
SEATTLE, WASHINGTON 98106-1271
(206) 623-4990

DATED this 2nd day of April, 2024.

/s/Louis Shields
LOUIS A. SHIELDS, WSBA # 25740
LeGros Buchanan & Paul
4025 Delridge Way SW, Suite 500
Seattle, Washington 98106
Telephone:    206-623-4990
Facsimile:    206-467-4828
Email:         lshields@legros.com
Attorneys for Defendant

/s/Daniel R. Whitmore
DANIEL R. WHITMORE, WSBA # 24012
6840 Fort Dent Way, Suite 210
Tukwila, WA, 98119
Telephone:    206-329-8400
Facsimile:    206-329-8401
Email:         dan@whitmorelawfirm.com
Attorneys for Plaintiff

{29915-01032298;1}
STIPULATION AND ORDER OF DISMISSAL
No. 2:23-cv-00168-KKE - Page 2

Le Gros Buchanan
& Paul
4025 DELRIDGE WAY SW
SUITE 500
SEATTLE, WASHINGTON  98106-1271
(206) 623-4990

ORDER

Based upon the foregoing Stipulation, all claims herein are hereby dismissed with prejudice, and without costs.

DATED this 3rd day of April, 2024.

*Kymberly K. Evanson*
Kymberly K. Evanson
United States District Judge

*Presented By:*

LE GROS, BUCHANAN & PAUL

By: */s/ Louis Shields*
LOUIS A. SHIELDS, WSBA #25740
LeGros Buchanan & Paul
4025 Delridge Way SW, Suite 500
Seattle, Washington 98106
Telephone:   206-623-4990
Facsimile:   206-467-4828
Email:       lshields@legros.com
Attorneys for Defendant

{29915-01032298;1}
STIPULATION AND ORDER OF DISMISSAL
No. 2:23-cv-00168-KKE - Page 3

LE GROS BUCHANAN
& PAUL
4025 DELRIDGE WAY SW
SUITE 500
SEATTLE, WASHINGTON 98106-1271
(206) 623-4990